## CARPENTER *v.* TRESSEL.

[No. 10,203. Filed January 30, 1920.]

From Knox Circuit Court; *Benjamin F. Willoughby, Judge.*

Action between Marcus W. Carpenter and Elijah Tressel. From the judgment rendered, the former appeals. *Affirmed.*

*W. M. Alsop, W. P. Stratton* and *Cox, Adamson & Gallagher,* for appellant.

*Orion B. Harris,* for appellee.

PER CURIAM.—Judgment affirmed.

## WHITEHEAD *v.* STEVENS ET AL.

[No. 10,251. Filed February 26, 1920.]

From Pike Circuit Court; *John L. Bretz,* Judge.

Action between Martha A. Whitehead and Frank A. Stephens, and others. From a judgment for the latter, the former appeals. *Affirmed.*

*Walter F. Wood,* for appellant.

*Jones & Lowe, Emison, Hoover & Gregg, Hastings, Allen & Hastings* and *Richardson & Taylor,* for appellees.

PER CURIAM.—The judgment of the trial court is affirmed.